UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZ HAAS GmbH/srl,<br><br>               Petitioner,<br><br>v.<br><br>WINEBOW INC., a Delaware corporation,<br><br>               Respondent. | Case No. 2:24-cv-10146-JLS-AJR<br><br>**JUDGMENT** |

For the reasons stated in the Court's June 5, 2025 Order Granting Petitioner's Motion for Judgment on the Pleadings (Doc. 38), it is hereby **ORDERED, ADJUDGED, and DECREED** that the Italian Arbitration Award is confirmed and entered as final judgment.

Dated: June 27, 2025

JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE